UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN-BAPTISTE BOYER-GOMEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.   1:25-cv-10123<br><br>**ORDER TO DISMISS CASE WITH AND WITHOUT PREJUDICE PURSUANT TO <u>FED. R. CIV. P. 41(a)(1)(A)(ii)</u>**<br><br>**HON. ALLISON D. BURROUGHS** |

Having read the Stipulation of Dismissal With Prejudice Pursuant to <u>Fed. R. Civ. P. 41(a)(1)(A)(ii)</u>, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Stipulation is GRANTED;
2. The above captioned case is dismissed as to Plaintiff Jean-Baptiste Boyer-Gomez's claims against Defendant Bank of America, N.A., with prejudice;
3. The above captioned case is dismissed without prejudice as to the putative classes claims.

IT IS SO ORDERED.

Dated: 6/2/2025

By: _____
HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE